UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>                Plaintiff,<br><br>v.<br><br>DARIN BALAAM,<br><br>                Defendant. | Case No. 3:25-cv-00567-ART-CLB<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

      Alexander Rodarte is confined at the California Medical Facility in Vacaville, California. On October 10, 2025, the Court received an application to proceed *in forma pauperis* ("IFP") from Rodarte that did not bear a case number and was not accompanied by any other filings. That initiated the opening of this new case. However, Rodarte has a preexisting case at Case No. 3:24-cv-00537-ART-CSD, where he has been ordered to pay the filing fee or file a complete IFP application by October 14, 2025. *See Rodarte v. Washoe County Sheriff Department*, No. 3:24-cv-00537-ART-CSD, ECF No. 16 (D. Nev. Sept. 26, 2025). Upon review of the IFP application in this case and the order in Rodarte's preexisting case, the Court finds that Rodarte intended for the IFP application that initiated this case to be filed in Case No. 3:24-cv-00537-ART-CSD. Therefore, this case will be administratively closed and Rodarte's IFP application will be filed in 3:24-cv-00537-ART-CSD. **Rodarte is reminded that he must list the proper case number in the caption of all documents that he files with the Court to ensure that they are filed in the proper case**.

      It is therefore ordered that this case is administratively closed because it was filed in error. No other documents may be filed in this now-closed case.

      The Clerk of Court is kindly directed to (1) administratively close this case, (2) file the IFP application that initiated this case (ECF No. 1) in Case No. 3:24-

cv-00537-ART-CSD, and (3) send Rodarte a courtesy copy of the docket sheet in Case No. 3:24-cv-00537-ART-CSD.

DATED: October 29, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE